James A. Russell, Respondent, v. Henry F. Taintor, Appellant.— Judgment affirmed, with costs; papers not submitted according to order. Order reducing referee's fees reversed and fees allowed by clerk affirmed, with costs of the appeal. Order allowing stenographer's

fees affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting upon the appeals from the orders.